UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-24626-KMW

ESTES EXPRESS LINES,

    Plaintiff,

v.

HOMECLICK, LLC,

    Defendant.
_____/

### DEFENDANT'S MOTION TO DISMISS AND INCORPORATED MEMORANDUM OF LAW

Defendant, Homeclick, LLC, moves to dismiss Plaintiff's Complaint and states:

1. Plaintiff filed this action alleging that it issued Shipping Agreements to the Defendant (Complaint, Par. 7) and that each shipment was moved pursuant to a bill of lading contract (Complaint, Par. 12). Plaintiff further alleges that the Defendant breached these contacts (Complaint, Par. 18). Plaintiff failed to attach to the Complaint either of these two agreements that are the subject of its Breach of Contract claim (Count I).

2. When there are several contracts at issue which are the subject of a breach of contract claim, the failure to attach the contracts warrants dismissal. Burgess v. Religious Tech. Ctr., Inc., 600 F. App'x 657, 664-665 (11th. Cir. 2015).

In this case it is particularly important that the referenced contracts be attached to the Complaint because on information and belief they provide for the application of the law of another jurisdiction and may provide for a different venue for this litigation. Thus, Plaintiff's breach of contract claim should be dismissed.

3. In Count II of the Complaint Plaintiff alleges a claim for Quantum Meruit and in Count III Plaintiff alleges a claim for an Open Account. Neither a claim for quantum meruit nor a claim for Open Account may be maintained when there are express contracts between the parties governing their relationship.

4. While a plaintiff may plead these claims in the alternative, when a plaintiff incorporates into such claims the entire Count for a Breach of Contract dismissal is required. See Rutt v. Anthem Health Plans, Inc. (In re Managed Care Litig.), 2011 U.S. Dist. LEXIS 46877, *59-*62 (S.D. Fla. Mar. 31, 2011); Immediate Capital Group, Inc. v. Spongetech Delivery Sys., Inc., 2010 U.S. Dist. LEXIS 39905, *3, 2010 WL 1644952 (S.D. Fla. Apr. 22, 2010) (finding that where a claim for open account incorporates the allegations that precede it concerning the existence of express contracts between the parties, the claim for open account must be dismissed); Spring Air Int'l LLC v. R.T.G. Furniture Corp., 2010 U.S. Dist. LEXIS 114490, 2010 WL 4117627 (M.D. Fla. Oct. 19, 2010); Morse, LLC v. United Wis. Life Ins. Co., 356 F.Supp.2d 1296, 1299-1300 (S.D. Fla. 2005).

5. In this case, paragraphs 25 and 30 of the Complaint clearly incorporate not only the preliminary allegations of the Complaint into the Quantum Meruit and Open Account claims, but also the entire Breach of Contract Count. Under such circumstances the Quantum Meruit and Open Account claims must be dismissed.

Wherefore, Defendant, Homeclick, LLC, moves to dismiss the Complaint.

CERTIFICATE OF SERVICE

I certify that on November 10, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system upon all counsel in this cause.

/s/ Mark Goldstein
FL Bar No: 882186
1380 NE Miami Gardens Drive, Suite 205
Miami, Florida 33179
Telephone: (305) 342-4839
Facsimile: (305) 572-7070
Email: markgoldsteinattorney@gmail.com